Scott, Appellant, *v.* Scott, Appellant.

Argued March 25, 1957. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.

*John J. McGrath,* with him *Julia M. Doyle,* for plaintiff.

*Henry Kauffman,* for defendant.

OPINION PER CURIAM, March 29, 1957:

The action of the court below in awarding a new trial on the defendant's motion is amply justified by the reasons given by the learned trial judge in the opinion for the court en banc. The order is therefore

Affirmed.